# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00163 |
| | ) | Judge Trauger |
| [25] RODNEY BRITTON | ) | |

## O R D E R

It is hereby **ORDERED** that a hearing shall be held on the Petition to Revoke Supervision (Docket No. 1932) on Friday, March 22, 2013, at 2:30 p.m.

It is so **ORDERED.**

Enter this 11th day of March 2013.

_____
ALETA A. TRAUGER
United States District Judge