UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing reset for 11/4/13 at 11:00 a.m.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:10-00163-25 |
| | ) | Judge Trauger |
| RODNEY BRITTON | ) | |

## MOTION TO CONTINUE HEARING

Comes Rodney Britton, through counsel, and requests that the hearing currently scheduled for Thursday, June 20, 2013, be continued. As grounds, counsel states as follows:

1. Mr. Britton was scheduled for a hearing in state court on Thursday, June 6, 2013. According to Mr. Britton, and the Case Search Results from the Criminal Court Clerk website of Metropolitan Nashville and Davidson County, his state case was bound over on June 6, 2013.

2. Assistant United States Attorney Scarlett Singleton has no opposition to this request for a continuance.

Respectfully submitted,

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2013, I electronically filed the foregoing Motion to Continue Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Scarlett M. Singleton, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN